UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO MARTINEZ, | CASE NO. ED CV 11-1348-MMM (PJW) |
|         Petitioner, | |
|     v. | J U D G M E N T |
| FRANK X. CHAVEZ, | |
|         Respondent. | |

    Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:   APR 30 2012 .

                                         _____
                                         MARGARET M. MORROW
                                         UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-State Habeas\MARTINEZ, M 1348\Judgment.wpd